

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMBOTTELADORA ELECTROPURA S.A. de C.V., an El Salvador Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACCUTEK PACKAGING EQUIPMENT COMPANY, INC., a California Corporation,<br><br>Defendant. | Case No.: 3:16-cv-00724-GPC-RNB<br><br>**PUNITIVE DAMAGES VERDICT FORM** |

**VF-3902. Punitive Damages—Entity Defendant**

We answer the question submitted to us as follows:

What amount of punitive damages, if any, do you award Electropura?

TOTAL PUNITIVE Damages: $ 525,000

Signed: _[signature]_
     Presiding Juror

Dated: 11/9/2018

After all verdict form have been signed, notify the clerk that you are ready to present your verdict in the courtroom.